IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY WILSON**<br>a/k/a Anthony B. Williams,<br><br>    Plaintiff,<br><br>vs.<br><br>**DEMARIO JAMES, et al.,**<br><br>    Defendants. | :<br>:<br>:<br>:   **CIVIL ACTION 06-0844-CG-C**<br>:<br>: |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 18th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE