IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY WILSON** <br> a/k/a Anthony B. Williams, <br><br> **Plaintiff,** <br><br> vs. <br><br> **DEMARIO JAMES, et al.,** <br><br> **Defendants.** | : <br> : <br> : <br> :  **CIVIL ACTION 06-0844-CG-C** <br> : <br> : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 18th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE